IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:   13-cv-02738-BNB-KLM | Date: January 16, 2014 |
| Courtroom Deputy:   Cathy Pearson | FTR: BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| MARCIA SASIAK, | *David Hansen* |
| **Plaintiff,** | |
| v. | |
| SELECT SPECIALTY HOSPITAL – COLORADO SPRINGS, INC, and SELECT MEDICAL CORPORATION, | *Peter Munger* |
| **Defendants.** | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in session:      3:29 p.m.

Appearances of counsel.

The Court makes findings regarding Defendants' Motion to Dismiss Plaintiff's Third Claim for Relief in Complaint (Doc. 12, filed 11/21/13).

**ORDERED:**   Defendants' Motion to Dismiss Plaintiff's Third Claim for Relief in Complaint (Doc. 12, filed 11/21/13) is GRANTED.

Rule 26(a)(1) disclosures: January 23, 2014

Each separately represented or pro se party is allowed:
10 depositions not including experts, each deposition limited to one day of 7 hours.
25 interrogatories.
25 requests for production of documents.
25 requests for admissions.

Deadline for joinder of parties and amendment of pleadings:  March 3, 2014

Discovery cut-off:  July 16, 2014

Dispositive motion deadline:  August 18, 2014

Parties shall designate all experts no later than May 16, 2014.

Parties shall designate all rebuttal experts no later than June 16, 2014.

All written discovery shall be served such that responses are due by the discovery cut off.

Final Pretrial Conference set for October 23, 2014, at 9:00 a.m., proposed Final Pretrial Order to be submitted on or before October 16, 2014.

Five-day Jury Trial set for December 8, 2014.

Proposed Scheduling Order was approved and entered with interlineations made by the court.

Court in recess:        3:43 p.m.       Hearing concluded.    Total time in court:  0:14

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119