IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02738-BNB-KLM

MARCIA SASIAK,

Plaintiff,

v.

SELECT SPECIALITY HOSPITAL - COLORADO SPRINGS, INC., a Delaware corporation, and
SELECT MEDICAL CORPORATION, a Delaware corporation,

Defendants.
_____

## ORDER
_____

This matter arises on **Defendants' Motion to Dismiss Plaintiff's Third Claim for Relief** [Doc. # 12, filed 11/21/2013] (the "Motion to Dismiss").  I took that motion up at the scheduling conference this afternoon and made rulings from the bench, which are incorporated here.

IT IS ORDERED that the Motion to Dismiss [Doc. # 12] is GRANTED, and the plaintiff's Third Claim for Relief is DISMISSED with prejudice.

DATED January 16, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge