IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-02738-BNB-KLM | Date: | September 16, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| MARCIA SASIAK, | *David O. Hansen* |
| **Plaintiff,** | |
| v. | |
| SELECT SPECIALTY HOSPITAL – COLORADO SPRINGS, INC, SELECT MEDICAL CORPORATION, | *Peter Francis Munger* |
| **Defendants.** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in session: 1:33 p.m.

Appearance of counsel. Ms. Cayce Greiner appears at counsel table with Mr. Munger.

Argument held on [29] Plaintiff's Motion to Compel Appearance of Defendants' Rule 30(b)(6) Designee in Denver, Colorado filed on August 20, 2014.

For reasons stated on the record, it is

**ORDERED:   [29] Plaintiff's Motion to Compel Appearance of Defendants' Rule 30(b)(6) Designee in Denver, Colorado is DENIED.**

Court in recess: 1:49 p.m.      Hearing concluded.      Total time in court:   0:16

---

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.