IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02738-BNB-KLM

MARCIA SASIAK,

Plaintiff,

v.

SELECT SPECIALITY HOSPITAL - COLORADO SPRINGS, INC., a Delaware corporation,
and
SELECT MEDICAL CORPORATION, a Delaware corporation,

Defendants.

---

## ORDER

---

This matter arises on **Plaintiff's Motion to Compel Appearance of Defendants' Rule 30(b)(6) Designee In Denver, Colorado** [Doc. # 29, filed 8/20/2014] (the "Motion to Compel").

I held a hearing on the Motion to Compel this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Compel [Doc. # 29] is DENIED.

DATED September 16, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge